UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GARDEN CITY BOXING CLUB, INC.
                Plaintiff,                Index # 07-CV-8753

   -against-

                                       **CERTIFICATE OF SERVICE**

TENTACIONES POBLANAS RESTAURANT, INC.
d/b/a TENTACIONES MEXICANAS RESTAURANT
and UBALDO GUERRERO
                Defendants,
_____

      I certify that a copy of theiNITIAL Conference Order was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on October 23, 2007:

To:    Tentaciones Poblanas Restaurant, Inc.
        d/b/a TENTACIONES MEXICANAS RESTAURANT
        989 Westchester Avenue
        Bronx, NY 10459

        Ubaldo Guerrero
        1755 Weeks Avenue, #8E
        Bronx, NY 10457


                                By:    <u>/s/ Lucille Eichler</u>
                                         Lucille Eichler
                                         Paul J. Hooten & Associates
                                         5505 Nesconset Highway, Suite 203
                                         Mt. Sinai, NY 11766