# PAUL J. HOOTEN & ASSOCIATES

ATTORNEYS AT LAW
5505 NESCONSET HIGHWAY
SUITE 203
MT. SINAI, NEW YORK 11766
PHONE (631) 331-0547
FAX (631) 331-2627

Website:
www.pjhooten.com

email address:
pjh@pjhooten.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY [FILED]
DOC #:
DATE FILED: MAR 2 1 2008
```

**MEMO ENDORSED**

March 18, 2008

United States District Court
500 Pearl Street
New York, NY 10007

Honorable Laura Taylor Swain

Re: Garden City Boxing Club
v. Tentaciones Poblanas Restaurant, Inc. d/b/a Tentaciones Mexicanas Restaurant and Ubaldo Guerrero

Case No. 07-CV-8753(LTS)

On October 10, 2007, a summons and complaint was filed with the Court. The defendant's were served with a copy of the summons and complaint on December 6, 2007. The defendants failed to file an answer with the Court or request an extension.

Based on all of the above, the plaintiff's attorney is requesting permission to file a motion for default judgment for the above referenced matter.

Should you have any questions please do not hesitate to contact me.

Very truly yours,

Paul J. Hooten

PJH/cl

cc: Tentaciones Poblanas Restaurant, Inc.,
d/b/a Tenaciones Mexicanas Restaurant
989 Westchester Avenue
Bronx, NY 10459

Ubaldo Guerrero
1755 Weeks Avenue #E
Bronx, NY 10457

*The request is denied without prejudice to renewal following the filing of documentation of service upon defendant Ubaldo Guerrero.*

SO ORDERED.

3/21/08

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE