UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No. 8753/07

07c.v 8753 (LTS)

Swain/J

---

GARDEN CITY BOXING CLUB, INC.
    Plaintiff

against

TENTACIONES POBLANAS RESTAURANT INC
UBALDO GUERRERO
    Defendant

---

STIPULATION
DISCONTINUING
ACTION



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 3 1 2008

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned, the attorney of record for the plaintiff to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, on Ubaldo Guerrero ONLY, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: March 24, 2008

Paul J. Hooten, Esq.
Attorney for Plaintiff
5505 Nesconset Highway
Mt. Sinai, NY 11766
(631) 331-0547

SO ORDERED:

3/31/08
Laura Taylor Swain
United States District Judge