UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GARDEN CITY BOXING CLUB, INC.
                Plaintiff,                  Index # 07-CV-8753

   -against-

**CERTIFICATE OF SERVICE**

TENTACIONES POBLANAS RESTAURANT, INC.
d/b/a TENTACIONES MEXICANAS RESTAURANT
and UBALDO GUERRERO
                Defendants,
_____

      I certify that a copy of Honorable Laura Taylor Swain's Order dated April 18, 2008 was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on April 22, 2008:

To:    Tentaciones Poblanas Restaurant, Inc.
        d/b/a Tentaciones Mexicanas Restaurant
        989 Westchester Avenue
        Bronx, NY 10459


                      By:    /s/ Lucille Eichler
                                Lucille Eichler
                                Paul J. Hooten & Associates
                                5505 Nesconset Highway, Suite 203
                                Mt. Sinai, NY 11766