UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARDEN CITY BOXING CLUB,

    Plaintiff,

v.                                        07-CV-8753

TENTACIONES POBLANAS
RESTAURANT, INC.
d/b/a TENTACIONES MEXICANAS
RESTAURANT
and UBALDO GUERRERO

    Defendant.                 **CLERK'S CERTIFICATE**
                                                           **OF DEFAULT**

    I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, pursuant to Fed R. Civ. P.55, do hereby certify that the docket Entries in the above-entitled action indicate that the defendants, Tentaciones Poblanas Restaurant, Inc. d/b/a Tentaciones Mexicanas Restaurant was served with a copy of the Summons and Complaint in the above-entitled action on December 6, 2007.

    I further certify that the docket entries indicate that the defendants Tentaciones Poblanas Restaurant, Inc. d/b/a Tentaciones Mexicanas Restaurant has not filed an answer or otherwise moved with respect to the complaint.

    The default of defendants, Tentaciones Poblanas Restaurant, Inc. d/b/a Tentaciones Mexicanas Restaurant is noted pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure.

DATED: New York, New York
           4/10, 2008

*J. Michael McMahon*
CLERK OF THE COURT
By _____
DEP. CLERK