

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.

                      Plaintiff        CIVIL NO. 07-CV-8753

-AGAINST-

TENTACIONES POBLANAS RESTAURANT, INC.
d/b/a TENTACIONES MEXICANAS RESTAURANT
and UBALDO GUERRERO                  **DEFAULT JUDGMENT**

                      Defendant
-------------------------------------------------------X

        This action having been commenced on October 10, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Tentaciones Poblanas Restaurant, Inc, d/b/a Tentaciones Mexicanas Restaurant on December 6, 2007, and a proof of service having been filed on December 17, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired. The Clerk also noted the defendant's default on April 10, 2008, it is

        ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $20,000.00 ~~with interest at 9% from November 27, 2004, amounting to $6,150.00;~~ plus costs and disbursements of this action in the amount of $470.00, amounting in all to ~~$26,620.00~~ $20,470.

Dated: New York, New York
        June 19, 2008

                                              Laura Taylor Swain
                                              United States District Judge

                                              This document was entered on the docket
                                              on _____